| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )  **ORDER** |
| | ) |
| KENNY MONTANA HOLTON | ) |

This matter is before the court on defendant's motion for a sentence reduction based on the United States Supreme Court's ruling in <u>Alleyne v. United States</u>, 133 S. Ct. 2151 (2013). Finding the decision in <u>Alleyne</u> inapplicable to defendant's case, the court DENIES the motion.

This  5th  day of December 2013.

　　　　　　　　　　　　　　　　　　／s／ Malcolm J. Howard
　　　　　　　　　　　　　　　　　　Malcolm J. Howard
　　　　　　　　　　　　　　　　　　Senior United States District Judge

At Greenville, NC
#26